IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE HARRIS, | : | Civil No. 3:16-cv-923 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| IAN TARRGOT, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ____ day of November, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions to appoint counsel, (Docs. 5, 19), are **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge