IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE HARRIS, | : | Civil No. 3:16-cv-923 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| IAN TARRGOT, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 22nd day of May, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion (Doc. 26) for appointment of counsel is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge